**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DOEREN MAYHEW & CO., P.C., a
Michigan professional corporation,

      Plaintiff,

                              Docket No. 05-CV-71782
                              Honorable Lawrence P. Zatkoff
                              Magistrate Judge Donald A. Scheer

vs.

CPA MUTUAL INSURANCE COMPANY
OF AMERICA RISK RETENTION GROUP,
a Vermont corporation,

      Defendant.

| | |
|---|---|
| Dennis M. Haffey (P26378) | Arthur F. Brandt (P43746) |
| Brandy L. Stice (P59220) | Scott L. Carey |
| Dykema Gossett PLLC | Kristi S. Nolley |
| Attorneys for Plaintiff | Bates & Carey LLP |
| 39577 Woodward Avenue, Suite 300 | Attorneys for Defendant |
| Bloomfield Hills, Michigan 48304 | 191 N. Wacker drive, Suite 2400 |
| (248) 203-0813 | Chicago, Illinois 60606 |
| | (312) 762-3100 |
| | |
| | Linda M. Garbarino (P38359) |
| | Anita Comorski (P56703) |
| | Tanoury, Corbet, Shaw, Nauts & Essad |
| | Attorneys for Defendant |
| | 645 Griswold, Suite 2800 |
| | Detroit, Michigan 48226 |
| | (313) 964-6300 |

**STIPULATED ORDER ALLOWING DOEREN MAYHEW & CO., P.C. TO FILE**
**FIRST AMENDED COMPLAINT AND JURY DEMAND**

At a session of said Court, held in the
Eastern District of Michigan, Southern Division
on April 6, 2006.

      PRESENT:  HON.:_____
                              Lawrence P. Zatkoff
                              United States District Judge

Defendant CPA Mutual Insurance Company of America Risk Retention Group ("CPA

Mutual") having consented to allow Plaintiff Doeren Mayhew & Co., P.C. ("Doeren Mayhew")

to file a First Amended Complaint and Jury Demand pursuant to F.R.C.P. 15 and Local Rule 15.1:

      IT IS HEREBY ORDERED that Doeren Mayhew may file a First Amended Complaint and Jury Demand.

      IT IS FURTHER ORDERED that CPA Mutual shall serve an Answer to the First Amended Complaint within 20 days after being served with the First Amended Complaint and Jury Demand pursuant to F.R.C.P. 12(a)(1)(A).

      IT IS FURTHER ORDERED that Doeren Mayhew's filing of the First Amended Complaint and Jury Demand and CPA Mutual's filing of its Answer to same in no way alters the Scheduling Order issued by this Court on March 8, 2006.

      s/Lawrence P. Zatkoff
      United States District Judge

Stipulated as to form and content:

| | |
|---|---|
| s/Brandy L. Stice | s/with consent of Arthur F. Brandt |
| Dennis M. Haffey (P26378) | Arthur F. Brandt (P43746) |
| Brandy L. Stice (P59220) | Scott L. Carey |
| Dykema Gossett PLLC | Kristi S. Nolley |
| Attorneys for Doeren Mayhew | Bates & Carey LLP |
| | |
| | s/with consent of Linda M. Carbarino |
| | Linda M. Garbarino (P38359) |
| | Anita Comorski (P56703) |
| | Tanoury, Corbet, Shaw, Nauts & Essad |
| | Attorneys for CPA Mutual |

S:\Zatkoff\Marie ECF\05-71782.mayhew.amend.complaint.wpd